450 A.2d 191

McNabb, Jr. v. Sea–Land Service Inc., Appellant.

Petition for Allowance of Appeal
Denied Nov. 15, 1982.

Argued September 9, 1980. Edward J. Charlton, for appellant; Donald E. Matusow, for appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Order affirmed on the comprehensive opinion of Judge Biunno.

BROSKY, J., filed a memorandum concurring statement.

MONTGOMERY, J., filed a memorandum concurring opinion.

* President Judge Joseph F. O'Kicki of the Court of Common Pleas of Cambria County, Pennsylvania is sitting by designation.